Certificate Number: 03088-PAE-DE-030091213

Bankruptcy Case Number: 17-16157



03088-PAE-DE-030091213

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2017, at 6:51 o'clock PM CDT, Nicole Arnold completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 28, 2017           By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor