IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|    Nicole Arnold | : |
| | : |
| | :    Case No.: 17-16157-AMC |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 35.

Dated: March 9, 2018                                                /s/ Brad J. Sadek, Esquire
                                                                                       Brad J. Sadek, Esquire
                                                                                       Sadek and Cooper
                                                                                       "The Philadelphia Building"
                                                                                       1315 Walnut Street, #502
                                                                                       Philadelphia, PA 19107
                                                                                       215-545-0008