*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nicole Arnold
    Debtor(s)

Case No: 17−16157−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response filed by Debtor Nicole Arnold

to Certification of Default filed by
Creditor PNC Bank, National Association

on: 2/11/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/14/20

Timothy B. McGrath
Clerk of Court

60 − 58, 59
Form 167