# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-16157-AMC

NICOLE ARNOLD

7400 RICHARDS ROAD

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICOLE ARNOLD

    7400 RICHARDS ROAD

    ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 6/23/2020                            _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee