# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-16157-AMC

NICOLE ARNOLD

7400 RICHARDS ROAD

ELKINS PARK, PA 19027

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NICOLE ARNOLD

  7400 RICHARDS ROAD

  ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 3/8/2022

                                                        /S/ Kenneth E. West
                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee